IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ESTHER VALDEZ | § |
| | § |
| V. | §   CASE NO. 1-11-CV-00615-LY |
| | § |
| CITY OF AUSTIN, TEXAS, TRAVIS | § |
| COUNTY, TEXAS and STEVEN WILLIS | § |

## JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Plaintiff Esther Valdez and Defendant Travis County, parties in the above-referenced cause, and file this their Joint Stipulation of Dismissal pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rule C-7(c)(12). Plaintiff and Defendant move this Court to dismiss Plaintiff's claim against Defendant in the above referenced lawsuit. Such a dismissal would fully resolve the entire case. In accordance with Local Rule C-7(f), a proposed Order of Dismissal is attached to this Motion. This stipulation of dismissal does not affect Plaintiff's action against Defendant City of Austin and Defendant Steven Willis.

**WHEREFORE**, Plaintiff and Defendant request that the Court enter an order dismissing any and all claims of whatsoever nature alleged by Plaintiff against Defendant Travis County and Defendant Travis County's Counterclaim for Attorneys Fees with prejudice.

267535-1                                                      1

Respectfully submitted,


By: *Elaine Casas*
Elaine Casas
State Bar No. 00785750
Jennifer Kraber
State Bar No. 24027426
P.O. Box 1748
Austin, Texas 78767
**ATTORNEYS FOR DEFENDANT TRAVIS COUNTY**


By: *Joseph Berra*
Joseph Berra
State Bar No. 24027144
Abby Frank
State Bar No. 24069732
James C. Harrington
State Bar No. 09048500
Wayne Krause
State Bar No. 24032644
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, Texas 78741
**ATTORNEYS FOR PLAINTIFF ESTHER VALDEZ**

## CERTIFICATE OF SERVICE

I hereby certify that on the ___2nd___ day of ___May___, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph Berra
Abby Frank
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, Texas 78741
joe.tcrp@gmail.com
abbyfrank@gmail.com
**Attorneys for Plaintiff**

Chris Edwards
Assistant City Attorney
P.O. Box 1546
Austin, Texas 78767-1546
Chris.Edwards@austintexas.gov
**Attorney for Defendants City of Austin and Steven Willis**

_Elaine Casas_
Elaine Casas
Assistant County Attorney

Jennifer Kraber
Assistant County Attorney

267535-1                                   3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ESTHER VALDEZ** § | |
| § | |
| V. § | **CASE NO. 1-11-CV-00615-LY** |
| § | |
| **CITY OF AUSTIN, TEXAS, TRAVIS** § | |
| **COUNTY, TEXAS and STEVEN WILLIS** § | |

## ORDER OF DISMISSAL

Be it remembered that on this day the Court heard the Joint Stipulation of Dismissal of Plaintiff Esther Valdez and Defendant Travis County. Plaintiff and Defendant have informed the Court that all matters and controversies between them have been settled and compromised, and move the Court to dismiss with prejudice the claims and causes of action which have been made by Plaintiff against Defendant and any cross claims against Plaintiff by Defendant. The Court is of the opinion that based on the Joint Motion of the parties, said claims should be dismissed with prejudice to their refiling.

**IT IS THEREFORE ORDERED** that the claims made by the above-named Plaintiff are hereby dismissed with prejudice to her refiling, and the counterclaims made by above-named Defendant are dismissed with prejudice to her refiling, with each party bearing their own costs and fees.

**SIGNED** on this _____ day of _____ 2012.

_____
**JUDGE PRESIDING**

267535-1