IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 MAY 30 PM 3:44
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
       DEPUTY

| | | |
|---|---|---|
| ESTER VALDEZ, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-11-CA-615-LY |
| | § | |
| CITY OF AUSTIN, TEXAS, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. After considering a joint stipulation of dismissal, the court ordered that Plaintiff Esther Valdez take nothing by her action against Defendant Steven Willis and dismissed Valdez's claims against Willis with prejudice on April 25, 2012 (Clerk's Document No. 24). Also, after considering another joint stipulation of dismissal, the court ordered that Valdez take nothing by her action against Defendant Travis County, Texas, and dismissed Valdez's claims against Travis County with prejudice on May 7, 2012, the (Clerk's Document No. 27). Finally, on this date by separate order the court dismissed with prejudice Valdez's claims against the City of Austin, Texas with prejudice. Each of the court's orders reflect that each party is to bear its own costs. As there remains nothing for the court to resolve in this action, the court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of May, 2012.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE